**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| SWEETWATER SOUND, INC.<br><br>Plaintiff,<br><br>vs.<br><br>HELLO MUSIC, LLC, a Texas Limited Liability Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:16-CV-93-TLS-SLC |

**<u>STIPULATION OF DISMISSAL, WITH PREJUDICE</u>**

Come now Plaintiff, Sweetwater Sound, Inc., and Defendant, Hello Music, LLC, a Texas Limited Liability Company, by their respective counsel, and respectfully stipulate and agree that all claims may be dismissed, with prejudice, for the reason that such claims have been compromised and settled.

WHEREFORE, Plaintiff and Defendant, by their respective counsel, pray that the Court dismiss the claims of all parties in this case, with prejudice, to Plaintiff at Plaintiff's costs.

Respectfully submitted,

| | |
|---|---|
| CARSON BOXBERGER LLP | HUNT SUEDHOFF KALAMAROS LLP |
| *<u>/s/J. Blake Hike</u>*<br>J. Blake Hike, #28601-02<br>Eric M. Blume, #29836-02<br>Jacque R. Wilson, #22579-49<br>301 W. Jefferson Blvd., Suite 200<br>Fort Wayne, IN 46802<br>Telephone: (260) 423-9411<br>*Attorneys for Plaintiff* | *<u>/s/Linda A. Polley</u>*<br>James J. Shea, Sr., #2177-02<br>Linda A. Polley, #10897-02<br>Jeremy D. Lemon, #30731-45<br>803 S. Calhoun St., 9th Floor<br>Fort Wayne, IN 46802<br>Telephone: (260)423-1311<br>*Attorneys for Defendant* |